KARL R. LINDEGREN, SBN 125914
SHAUN J. VOIGT, SBN 265721
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendant,
WIZARDS OF THE COAST, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL YALE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WIZARDS OF THE COAST, LLC and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. _____<br><br>*[Removed from Santa Clara County Superior Court Case No.:* 1-15-CV-287452<br><br>**DEFENDANT WIZARDS OF THE COAST, LLC'S NOTICE OF RELATED CASES**<br><br>Complaint Filed: October 29, 2015<br>Trial Date: None |

TO PLAINTIFF PAUL YALE AND HIS COUNSEL OF RECORD, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

//

//

//

//

//

//

NOTICE IS HEREBY GIVEN that there are no related cases that have been previously filed or are currently pending before the United States District Court for the Northern District of California.

DATE: December 31, 2015   FISHER & PHILLIPS LLP

By: /s/ Shaun J. Voigt
KARL R. LINDEGREN
SHAUN J. VOIGT
Attorneys for Defendant,
WIZARDS OF THE COAST, LLC

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | (CCP § 1013(a) and 2015.5) |

1
2    **PROOF OF SERVICE**
     (CCP § 1013(a) and 2015.5)

3    I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of FISHER & PHILLIPS LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California, 92614.

4

5    On **December 31, 2015,** I served the foregoing document entitled **DEFENDANT WIZARDS OF THE COAST, LLC'S NOTICE OF RELATED CASES**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

6
7

8    **SEE ATTACHED MAILING LIST**

9    ☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

10
11
12

13   ☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

14
15
16
17

18   ☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

19
20
21

22   ☒ **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

     Executed on **December 31, 2015** at Irvine, California.
24

25   Shaun J. Voigt                    By:  /s/ Shaun J. Voigt
     ——————————                             ——————————————
         Print Name                              Signature
26

27

28

PROOF OF SERVICE

FPDOCS 31308007.1

**MAILING LIST**

| | |
|---|---|
| David Borgen, Esq.<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br>Email: dborgen@gbdhlegal.com | Attorneys for Plaintiff,<br>PAUL YALE |
| Michael Malk, Esq.<br>MICHAEL MALK, ESQ, APC<br>1180 S. Beverly Drive, Suite 302<br>Los Angeles, CA 90035<br>Telephone: (310) 203-0016<br>Facsimile: (310) 499-5210<br>Email: mm@malklawfirm.com | Attorneys for Plaintiff,<br>PAUL YALE |