1    David Borgen (SBN 099354)
     *Of Counsel*
2    dborgen@gbdhlegal.com
     James Kan (SBN 240749)
3    jkan@gbdhlegal.com
     Katharine Fisher (SBN 305413)
4    kfisher@gbdhlegal.com
     GOLDSTEIN, BORGEN, DARDARIAN & HO
5    300 Lakeside Drive, Suite 1000
     Oakland, CA 94612
6    Tel:  (510) 763-9800
     Fax:  (510) 835-1417

7

8    Michael Malk (SBN 222366)
     mm@malklawfirm.com
9    MICHAEL MALK, ESQ. APC
     1180 S. Beverly Drive, Suite 302
10   Los Angeles, CA 90035
     Tel:  (310) 203-0016
     Fax:  (310) 499-5210

11

12   *(Additional counsel listed on the next page)*
     Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL YALE, individually and on behalf of others similarly situated, | Case No.:  5:15-CV-06337-EJD |
|        Plaintiff, | CLASS, COLLECTIVE AND REPRESENTATIVE ACTION |
| vs. | **NOTICE OF APPEARANCE** |
| WIZARDS OF THE COAST, LLC, | Before:  Hon. Edward J. Davila |
|        Defendant. | Complaint Filed:   October 29, 2015<br>FAC Filed:        January 19, 2016<br>Trial Date:       None Set |

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel:  (415) 983-0900
Fax:  (415) 397-9005

Reuben D. Nathan (SBN 208436)
NATHAN & ASSOCIATES, APC
2901 West Pacific Coast Highway, Suite 350
Newport Beach, CA 92663
Tel:  (949)263-5992
Fax:  (949)209-1948

Ross Cornell, APC (SBN 210413)
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Tel:  (562) 612-1708
Fax:  (562) 394-9556

Attorneys for Plaintiff and the Putative Class

1    **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

2        **PLEASE TAKE NOTICE** that Plaintiff hereby notifies Defendant and the Court that Matthew

3    Righetti and John Glugoski of the law firm Righetti Glugski, P.C., Reuben D. Nathan of the law firm

4    Nathan & Associates, APC, Ross Cornell of Ross Cornell, Esq., APC, and Katharine Fisher of the law

5    firm Goldstein Borgen Dardarian & Ho are added as attorneys of record for Plaintiff in the above-

6    entitled case.  Plaintiff requests that these individuals be added to the docket and that e-mail

7    notifications be provided to them at the following addresses:

8    Matthew Righetti (SBN 121012)
     matt@righettilaw.com
9    John Glugoski (SBN 191551)
     jglugoski@righettilaw.com
10   RIGHETTI GLUGOSKI, P.C.
11   456 Montgomery Street, Suite 1400
     San Francisco, CA 94104
12   Tel:  (415) 983-0900
     Fax: (415) 397-9005
13
14   Reuben D. Nathan (SBN 208436)
     rnathan@nathanlawpractice.com
15   NATHAN & ASSOCIATES, APC
     2901 West Pacific Coast Highway, Suite 350
16   Newport Beach, CA 92663
     Tel:  (949)263-5992
17   Fax: (949)209-1948
18
     Ross Cornell, APC (SBN 210413)
19   ross.law@me.com
20   111 W. Ocean Blvd., Suite 400
     Long Beach, CA 90802
21   Tel:  (562) 612-1708
     Fax: (562) 394-9556
22
     Katharine Fisher (SBN 305413)
23   kfisher@gbdhlegal.com
     GOLDSTEIN, BORGEN, DARDARIAN & HO
24   300 Lakeside Drive, Suite 1000
     Oakland, CA 94612
25   Tel:  (510) 763-9800
26   Fax: (510) 835-1417

27

28

673596.4

1

Dated:  April 7, 2017

Respectfully submitted,

2

GOLDSTEIN, BORGEN, DARDARIAN & HO

3

4

/s/ *James Kan*

5

James Kan

6

Attorneys for Plaintiff and the Putative Class

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

673596.4